UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                                    :

    v.                                          :  Crim. No. 21-CR-30 (JDB)

STEPHANIE HAZELTON                               :

## CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 83.2(C)

Undersigned counsel, Daryl Jason Kipnis, pursuant to the above-referenced rule, states as follows:

1.  My name is Daryl Jason Kipnis

2.  My office address is 280 Medford-Mt. Holly Road
    Medford, New Jersey  08055, (732) 595-5298

3.  I am admitted to the following bars:

    a.  United States District Court for the District of New Jersey
    b.  Supreme Court of New Jersey
    c.  Supreme Court of Pennsylvania

4.  I have never been disciplined by any court.

5.  None.

6.  Not applicable.

Respectfully submitted,

*Daryl J. Kipnis*

_____
Daryl J. Kipnis, Esq.
280 Medford-Mt. Holly Road
Medford, New Jersey  08055
732-595-5298
daryl@kipnislawoffices.com