UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**               :

    **v.**                          :  **Crim. No. 21-MJ-149**

**STEPHANIE HAZELTON**          :

### ORDER

Upon consideration of the Unopposed Motion for Admission *Pro Hac Vice* of attorney Daryl Jason Kipnis Esq. in this matter, it is, this ____ day of January, 2021, hereby

ORDERED, that the motion is GRANTED; it is further

ORDERED, that attorney Daryl Jason Kipnis shall be admitted to the bar of this Court *Pro Hac Vice* for the sole purpose of representing defendant Stephania Hazelton in the above-caption matter in court hearings and in the filing of any written submissions, all of which shall be counter-signed by the sponsoring attorney, Stephen F. Brennwald, Esq.

                                                                _____.