AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
STEPHANIE HAZELTON
AKA: AYLA WOLF AKA AYLA WOLFE

)
)  Case No.
)
)
)
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stephanie Hazelton,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1), (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority And Impeding or Disrupting Official Functions
18 USC 231(a)(3) and 18 U.S.C. 2 -Obstructing or Impeding Law Enforcement Officer During Civil Disorder and Obstructing Federally Protected Function and Aiding and Abetting
40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/21/2021

2021.01.21
19:16:08 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-21-2021, and the person was arrested on *(date)* 1-22-2021
at *(city and state)* Medford, New Jersey.

Date: 1-22-2021

Cheryl Glassford
*Arresting officer's signature*

Cheryl Glassford / Special Agent
*Printed name and title*