NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                  Criminal Number   **21cr30**

**Stephanie Hazelton**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**Nicholas Smith No. 1029802**
(Attorney & Bar ID Number)

David B Smith PLLC
(Firm Name)

**1123 Broadway Suite 909**
(Street Address)

**New York      NY          10010**
(City)              (State)              (Zip)

**917-902-3869**
(Telephone Number)