IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 21-CR-31 (JDB) |
| v. | : |
| | : 18 U.S.C. §§ 231(a)(3), 2 |
| STEPHANIE HAZELTON, | : |
| Defendant. | : |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, STEPHANIE HAZELTON, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint

1

session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *HAZELTON's Participation in the January 6, 2021 Capitol Riot*

8. On January 5, 2021, HAZELTON traveled to Washington, D.C. from her home in New Jersey to participate in the rallies for then-President Trump.

9. On January 6, 2021, at approximately 2:45 p.m., HAZELTON approached the west front of the Capitol Building where a large group of rioters had formed. HAZELTON used her cell phone to record her approach of the Capitol Building. As she approached, she made the following statements:

    a. "They're tear gassing everybody."

    b. "They're pepper spraying us."

    c. "Let's go! Move forward! They cannot stop us all!"

      d. "They cannot stop hundreds of thousands of us!"

      e. "I don't care about their tear gas."

      f. "We're storming the Capitol right now!"

      g. "This is battle.  This is it.  This is the battle."

10. At approximately 2:47 p.m., HAZELTON approached the Lower West Terrace tunnel, which was packed with rioters pushing forward against Metropolitan Police Department ("MPD") officers in riot gear with riot shields who had positioned themselves there to prevent the rioters from entering the Capitol Building.  From just outside the tunnel, HAZELTON turned towards the rioters outside the Capitol Building and waved them up, encouraging more rioters to move into the Lower West Terrace entrance.

11. At approximately 2:48 p.m., HAZELTON entered the Lower West Terrace tunnel while chanting.  She moved towards the front of the crowd to confront the MPD officers.

12. Between approximately 2:48 p.m. and 2:51 p.m., while HAZELTON was at the front of the mob of rioters, the rioters continued to push against the MPD officers, pulling away two riot shields away from the MPD officers, and assaulting the MPD officers with poles and batons.

13. At approximately 2:51 p.m., HAZELTON backed away from the front of the throng, but stayed inside the Lower West Terrace tunnel.  At approximately 2:52 p.m., HAZELTON moved to the front of the crowd again to confront the MPD officers.  For the next four minutes, HAZELTON remained at the front of the mob as the rioters pushed forward using strobe lights to blind the MPD officers and batons and poles to assault the MPD officers.  Other rioters retreated out of the Lower West Terrace tunnel during this time, but HAZELTON remained.

14. At approximately 2:57 p.m., HAZELTON began to retreat back and then exited the Lower West Terrace tunnel at approximately 3:02 p.m.

15. While HAZELTON was outside the tunnel, she yelled out to the rioters, "We need more men," while simultaneously waving the rioters towards the Lower West Terrace entrance. She repeated that instruction several times, yelling, "We need more men! We need more men! Keep going! Keep pushing, men! We need men, not women!" She then yelled, "We need more helmets! More helmets!"

16. At approximately 3:09 p.m., HAZELTON re-entered the Lower West Terrace entrance as the MPD officers were continuing their attempts to push back the rioters. HAZELTON again exited the tunnel at approximately 3:10 p.m. At approximately 3:12 p.m., another large group of rioters pushed their way into the tunnel and HAZELTON joined them as they all pushed forward toward the MPD officers.

17. At approximately 3:14 p.m., HAZELTON again exited the Lower West Terrace tunnel.

18. On January 7, 2021, HAZELTON sent the following text messages describing her presence at the Capitol Building. She wrote, "Yeah I was at [the] door the entire time from 1 to 6 and we did not make it in! That was a set up." In the same text exchange, she also wrote, "The first shot has been fired of the revolution."

19. Thus, HAZELTON committed or attempted to commit an act to obstruct, impede, or interfere with one or more law enforcement officers carrying out their duties, and aided and abetted other rioters to do the same.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

                            By:     *s/ Christopher D. Amore*
                                              Christopher D. Amore
                                              Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I, Stephanie Hazelton, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/4/2022

/s/ Stephanie Hazelton
Stephanie Hazelton
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/4/2022

*Nicholas Smith*
Nicholas D. Smith, Esq.
Attorney for Defendant